IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES WIDTFELDT, Individually** and as Power of Attorney for **GUSTEVA WIDTFELDT,** | ) ) ) ) | 8:08CV65 |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **STATE OF NEBRASKA, THOMAS P. HERZOG, INTERNAL REVENUE SERVICE, and UNITED STATES OF AMERICA,** | ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on its own motion. The Clerk of the court has advised the court that Plaintiff has submitted a summons form for the Nebraska Department of Revenue (the "NDR"). The NDR is not a Defendant in this matter. Further, Plaintiff failed to submit a summons form for the Internal Revenue Service.

IT IS THEREFORE ORDERED that:

      1.    The Clerk of the court is directed to return the summons form directed to the Nebraska Department of Revenue to Plaintiff; and

      2.    The Clerk of the court is directed to send to Plaintiff ONE (1) additional summons form.

DATED this 20th day of February, 2008.

                                        BY THE COURT:

                                        s/Laurie Smith Camp
                                        United States District Judge