**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| JAMES WIDTFELDT, Individually and as Power of Attorney for GUSTEVA WIDTFELDT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEBRASKA, THOMAS P. HERZOG, INTERNAL REVENUE SERVICE, and UNITED STATES OF AMERICA,<br><br>Defendants. | 8:08CV65<br><br><br>MEMORANDUM<br>AND ORDER |

This matter is before the court on Plaintiff's Motions for Reconsideration. (Filing Nos. 29 and 31.) In his Motions, Plaintiff seeks reconsideration of the court's July 3, 2008, Memorandum and Order which dismissed Plaintiff's claims against all Defendants except the Internal Revenue Service. (Filing No. 19.) The court has carefully reviewed Plaintiff's Motions and finds no good cause for reconsideration of any portion of its July 3, 2008, Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motions for Reconsideration (Filing Nos. 29 and 31) are denied.

DATED this 6th day of February, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge