IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JAMES WIDTFELDT, Individually and as Power of Attorney for GUSTEVA WIDTFELDT,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEBRASKA, THOMAS P. HERZOG, INTERNAL REVENUE SERVICE, and UNITED STATES OF AMERICA,<br><br>Defendants. | 8:08CV65<br><br><br>MEMORANDUM AND ORDER |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 38.) As with his previous two Motions for Reconsideration (Filing Nos. 29 and 31), Plaintiff seeks reconsideration of the court's July 3, 2008, Memorandum and Order which dismissed Plaintiff's claims against all Defendants except the Internal Revenue Service. (Filing No. 19.) The court has carefully reviewed Plaintiff's Motion and finds no good cause for reconsideration of any portion of its July 3, 2008 Memorandum and Order.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (Filing No. 38) is denied.

DATED this 13th day of March, 2009.

BY THE COURT

s/Laurie Smith Camp
United States District Judge