## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JAMES WIDTFELDT, Individually and as Power of Attorney for GUSTEVA WIDTFELDT,** | ) ) ) ) | **CASE NO. 8:08CV65** |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **MEMORANDUM AND ORDER** |
| **STATE OF NEBRASKA, et al.,** | ) ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Motion for Reconsideration. (Filing No. 42.) Although styled as a Motion for Reconsideration of the court's Memorandum and Order denying Plaintiff's previous Motion for Reconsideration, the pending Motion actually seeks reconsideration of the court's July 3, 2008, Memorandum and Order which dismissed Plaintiff's claims against all Defendants except the Internal Revenue Service. (Filing No. 19.) As set forth in the court's Local Rules, "[a] party may file only one (1) motion for reconsideration of a particular order." NECivR 60.1(d). This is Plaintiff's second request for reconsideration of the court's July 3, 2008, Memorandum and Order. (Filing No. 38.) The Motion is consecutive and is not permitted by the court's Local Rules.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (Filing No. 42) is denied.

DATED this 13th day of April, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge